IN THE SUPREME COURT OF TEXAS

 No. 11-0007

 IN RE ASCENSION MARTINEZ, JR., INDIVIDUALLY AND D/B/A RBR REAL ESTATE

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's emergency motion to stay trial court's order, filed
January 5, 2011, is granted. The October 5, 2010 Order Granting
Plaintiff's Motion to Compel, in Cause No. CL-09-0123-A, styled Jose G.
Lopez v. Ascension Martinez, Jr. Individually and d/b/a RBR Real Estate,
Abelino Garza, Jr. and Rose Mary De Leon, in the County Court at Law No. 1
of Hidalgo County, Texas, is stayed pending further order of this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this January 21, 2011.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk